UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS MANWELL DAWSON,

    Plaintiff,

    v.

JEFF LYNCH, et al.,

    Defendants.

No. 2:21-cv-0510 AC P

ORDER

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed March 24, 2021, plaintiff was ordered to either submit a completed in forma pauperis application or pay the filing fee.  ECF No. 3.  Plaintiff has now filed a notice stating that he is having trouble obtaining a copy of his inmate trust account statement.  ECF No. 4.  Plaintiff is advised that because he is in the custody of the California Department of Corrections and Rehabilitation (CDCR), he does not need to provide a copy of his trust account statement.  The court's in forma pauperis application includes an authorization for the court to receive plaintiff's trust account statement directly from the CDCR.  Plaintiff need only complete and return the form.

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE