UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANWELL DAWSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-0510 KJM AC P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to the August 19, 2022 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 25) is granted; and

2. Plaintiff is granted forty-five days from the filing of this order in which to file any objections.

DATED: September 19, 2022

　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE