UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANWELL DAWSON, | No. 2:21-cv-0510 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has received a letter—sent on plaintiff's behalf due to his inability to access his property and supplies—requesting an extension of time to file an amended complaint.[1] ECF No. 30. In light of plaintiff's expressed intention to seek reconsideration of the August 19, 2022 order screening the original complaint, plaintiff is not currently required to file an amended complaint. See ECF No. 29. The request for an extension of time to file an amended complaint will therefore be construed as a motion to extend the time to file objections to the August 19, 2022 order and findings and recommendations and will be granted. In light of the fact that plaintiff has received two prior extension of time to file objections (ECF Nos. 26, 29), he is

---

[1] The court does not typically accept filings on behalf of a party by non-attorneys. However, because it appears that plaintiff is unable to access the supplies necessary to file a timely motion, an exception will be made in this instance.

1

cautioned that no further extensions of time will be granted absent a showing of extraordinary circumstances.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion for an extension of time (ECF No. 30) is GRANTED; and

2. Plaintiff shall have twenty-one days from the service of this order to file objections to the August 19, 2022 order and findings and recommendations. No further extensions of time will be granted absent a showing of extraordinary circumstances.

DATED: November 22, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE