1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARLOS MANWELL DAWSON,                      No.  2:21-cv-0510 KJM AC P

12                     Plaintiff,

13          v.                                   ORDER

14   JEFF LYNCH, et al.,

15                     Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  By order filed August 19, 2022, the undersigned screened the complaint and

19   found that it did not state a claim for relief.  ECF No. 22.  Plaintiff was given the opportunity to

20   file an amended complaint, but instead indicated that he intended to seek reconsideration of the

21   screening order and requested an extension of time to do so.  ECF No. 28.  Despite receiving

22   extensions of time to seek reconsideration (ECF Nos. 29, 31), plaintiff has not done so and the

23   deadline to do so has passed.

24          Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of service

25   of this order, plaintiff may file an amended complaint that complies with the requirements of the

26   Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The

27   amended complaint must bear the docket number assigned this case and must be labeled "First

28   ////

                                                  1

Amended Complaint."  Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

DATED: January 3, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE