UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANWELL DAWSON, | No. 2:21-cv-0510 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed October 16, 2023, the first amended complaint was screened and plaintiff was given the option of proceeding immediately on cognizable claims only or having one final opportunity to amend the complaint. ECF No. 42. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 43.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the October 16, 2023 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the first amended complaint, as screened, and it will be recommended that the claims against Bobbala for denying plaintiff's grievances and all claims against Ma, Lynch, Uddin, Rattan, Roth, and Ybarra be dismissed without prejudice.

////

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: November 8, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE