UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANWELL DAWSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-0510 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff filed a motion for a fourteen-day extension of time to file a second amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's motion for an extension of time (ECF No. 45) is GRANTED; and

　　　　2.  Plaintiff is granted fourteen days from the service of this order to file a second amended complaint.

DATED: December 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE