UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CARLOS MANWELL DAWSON, | No. 2:21-cv-0510 KJM AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

By order filed October 16, 2023, the first amended complaint was screened and plaintiff was given the option of proceeding immediately on cognizable claims only or having a final opportunity to amend the complaint. ECF No. 42. Plaintiff opted to amend the complaint and was given thirty days to do so. ECF No. 44. He then requested and was granted an additional fourteen days to file an amended complaint. ECF No. 46. Shortly after the deadline passed, the court received plaintiff's notice that his complaint would be delayed by two days and would be mailed on January 11, 2024. ECF No. 47. However, the court has yet to receive plaintiff's second amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a second amended complaint within twenty-one days of the service of this order. If plaintiff fails to file an amended complaint, the case will proceed on the first amended complaint, as screened, and it will be recommended that the claims against Bobbala for denying plaintiff's grievances and all claims

against Ma, Lynch, Uddin, Rattan, Roth, and Ybarra be dismissed without prejudice and further warning.

DATED: February 6, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE