UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANWELL DAWSON,<br><br>Plaintiff,<br><br>v.<br><br>JEFF LYNCH, et al.,<br><br>Defendants. | No. 2:21-cv-0510 KJM AC P<br><br><br><br>ORDER |

Plaintiff, a state inmate proceeding pro se has filed a motion for an extension of time to file objections to the June 26, 2024 findings and recommendations (ECF No. 51).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 59) is GRANTED; and

2. Plaintiff shall have thirty days from the service of this order to file objections.

DATED: August 6, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE