UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANWELL DAWSON, | No. 2:21-cv-0510 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a five-day extension of time to file objections to the June 26, 2024 findings and recommendations. Good cause appearing, the motion will be granted. However, no further extensions of time will be granted absent a showing of extraordinary circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 65) is GRANTED; and

2. Plaintiff is granted five days from the service of this order in which to file any objections.

DATED: October 11, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE