IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAWSON, CARLOS,**<br><br>    Plaintiff,<br><br>v.<br><br>**LYNCH, ET AL.,**<br><br>    Defendants. | Case No. 2:21-cv-0510 DC AC P<br><br>**[PROPOSED]** ORDER ON DEFENDANT MA, M.D., AND DEFENDANT UDDIN, M.D.'S EX PARTE MOTION TO MODIFY SCHEDULING ORDER TO CONTINUE DEPOSITION COMPLETION DATE, DISCOVERY MOTION FILING DATE, AND DISPOSITIVE MOTION FILING DATE<br><br>Judge: The Honorable Allison Clair<br>Trial Date: None set.<br>Action Filed: March 19, 2021 |

Defendant J. Ma, M.D. and M. Uddin, M.D. filed an Ex Parte Motion to Modify the Scheduling Order to Continue Deposition Completion Date, Discovery Motion Filing Date, and Dispositive Motion Filing Date ("Ex Parte Motion"). The court read and considered the Ex Parte Motion and supporting documents.

Good cause having been shown, the Court GRANTS the Ex Parte Application for an extension of time (ECF No. 94). Accordingly,

**IT IS SO ORDERED** that the following matter deadlines are extended as follows:

1. Deposition Completion Date for Plaintiff's Deposition: November 24, 2025;
2. Discovery Enforcement Motion Filing Deadline: November 24, 2025; and

1

[Proposed] Order on Ex Parte Motion to Continue Deposition Completion Date, Discovery Motion Filing Date, and Dispositive Motion Filing Date (2:21-cv-00510-DC-AMC)

3. Dispositive Motion Filing Deadline: December 15, 2025.

DATED: August 26, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order on Ex Parte Motion to Continue Deposition Completion Date, Discovery Motion Filing Date, and Dispositive Motion Filing Date (2:21-cv-00510-DC-AMC)