Case 2:21-cv-00510-DC-AC   Document 98   Filed 11/17/25   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANWELL DAWSON,<br><br>Plaintiff,<br><br>v.<br><br>JEFF LYNCH, et al.,<br><br>Defendants. | No. 2:21-cv-00510-DC-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 87, 96) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 29, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 96. Neither party filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 96) are adopted in full;

2. Plaintiff's motion for preliminary injunction (ECF No. 87) is DENIED; and

1

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **November 14, 2025**

_____
Dena Coggins
United States District Judge

2