UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANWELL DAWSON, | No. 2:21-cv-0510 DC AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants Ma and Uddin have filed motions to compel discovery,[1] including to compel plaintiff to sit for his deposition, that contain requests to stay the dispositive motions deadline.[2] ECF Nos. 99-101.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants Ma and Uddin's requests to stay the dispositive motions deadline (ECF Nos. 99-101) are GRANTED; and

////

---

[1] Defendant Bobbala, who is represented by separate counsel, has also filed a motion to compel. ECF No. 97.

[2] Requests to stay other deadlines pending resolution of a motion, particularly deadlines that are likely to pass prior to completion of briefing, should generally be filed separately from the motion for which the pendency is the basis for the stay.

1

2. The December 15, 2025 dispositive motions deadline is VACATED and will be re-set upon resolution of the pending motions to compel.

DATED: November 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2