UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANWELL DAWSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF LYNCH, et al.,<br><br>    Defendants. | No. 2:21-cv-0510 DC AC P<br><br><br><br>ORDER |

      On November 10, 2025, defendant Bobbala filed a second motion to compel in which she asserts that plaintiff has failed to comply with the order granting her prior motion to compel. ECF No. 97. On November 20, 2025, defendants Ma and Uddin filed motions to compel plaintiff's responses to discovery and to compel plaintiff to sit for his deposition. ECF No. 99-101. The time for responding has now passed and plaintiff has not responded to any of the motions. Plaintiff will be given one final opportunity to respond.

      Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the service of this order, plaintiff shall file a response to defendants' motions to compel. Failure to respond will be deemed a waiver of any opposition to the granting of the motions and may result in the

////

////

////

1

1  imposition of sanctions or a recommendation that this action be dismissed without prejudice for
2  failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See L.R. 230(l).
3  DATED: December 29, 2025

　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE